JS-6

1  E. MARTIN ESTRADA
   United States Attorney
2  DAVID M. HARRIS
3  Assistant United States Attorney
   Chief, Civil Division
4  CEDINA M. KIM
5  Assistant United States Attorney
   Senior Trial Attorney, Civil Division
6  JENNIFER LEE TARN, CSBN 240609
7  Special Assistant United States Attorney
   Office of the General Counsel
8  Social Security Administration
9  6401 Security Boulevard
10 Baltimore, MD 21235
   Telephone: (510) 970-4861
11 Email: Jennifer.Tarn@ssa.gov
12
13 Attorneys for Defendant

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| MARISA ISBEL HERNANDEZ OBO J.A.M.H., <br><br> Plaintiff, <br><br> v. <br><br> KILOLO KIJAKAZI, Acting Commissioner of Social Security, <br><br> Defendant. | No. 2:23-cv-05818-MAA <br><br> **[PROPOSED]** **JUDGMENT** |

The Court having approved the parties' stipulation to remand this case pursuant to Sentence 4 of 42 U.S.C. § 405(g) for further proceedings consistent with that stipulation and for entry of judgment for Plaintiff, judgment is hereby entered for Plaintiff.

DATED: September 14, 2023

HONORABLE JUDGE MARIA A. AUDERO
UNITED STATES MAGISTRATE JUDGE